## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Dorothy Collins,

    Plaintiff,

        v.                                                                        Case No. 1:06cv423

Commissioner of Social Security,                           Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 8, 2008 (Doc. 22).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court find the Magistrate's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** This matter is **REMANDED** to the administrative law judge under Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                                *S/Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                                United States District Court